IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

**AALFA Family Clinic**, et al.

        Plaintiffs,

v.

**Tim Walz**, et al.,

        Defendants.

Case No. 0:20-cv-01037-PJS-DTS

### PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The plaintiffs respectfully move for a preliminary injunction that will enjoin the state's officials from enforcing Executive Orders 20-09, 20-20, 20-30, 20-48, and any current or future executive order that restricts elective surgeries, regulates the use or consumption of personal protective equipment (PPE), restricts church attendance, or imposes social-distancing requirements of any sort, unless and until those orders are amended or clarified to prohibit surgical abortions except for patients who are contra-indicated for medication abortion, or for patients who were unable to schedule and obtain a medication abortion during the time in which medication abortion is legally available in Minnesota.

The plaintiffs also seek a preliminary injunction will enjoin the defendant abortion clinics from performing surgical abortions except on patients who are contraindicated

for medication abortion, or on patients who were unable to schedule and obtain medication abortion during the time in which medication abortion is legally available in Minnesota.

The accompanying brief provides our arguments and authorities.

                                          Respectfully submitted.

                                          /s/ Erick G. Kaardal

| | |
|---|---|
| THOMAS BREJCHA* | ERICK G. KAARDAL |
| Illinois Bar No. 0288446 | Minnesota Bar No. 0229647 |
| MARTIN WHITTAKER* | Mohrman, Kaardal & Erickson, P.A. |
| Illinois Bar No. 6208211 | 150 South Fifth Street, Suite 3100 |
| Thomas More Society | Minneapolis, Minnesota 55402 |
| 309 West Washington Street, Suite 1250 | (612) 341-1074 (phone) |
| Chicago, Illinois 60606 | (612) 341-1076 (fax) |
| (312) 782-1680 (phone) | kaardal@mklaw.com |
| (312) 782-1887 (fax) | |
| info@thomasmoresociety.org | JONATHAN F. MITCHELL* |
| | Texas Bar No. 24075463 |
| | Mitchell Law PLLC |
| | 111 Congress Avenue, Suite 400 |
| | Austin, Texas 78701 |
| | (512) 686-3940 (phone) |
| * *pro hac vice* applications | (512) 686-3941 (fax) |
|   forthcoming | jonathan@mitchell.law |
| Dated: May 3, 2020 | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I certify that I will hire a process server to deliver serve this document and all supporting exhibits, along with the complaint and summons, upon each of the defendants on Monday, May 4, 2020.

/s/ Erick G. Kaardal
ERICK G. KAARDAL
*Counsel for Plaintiffs*
