IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| AALFA Family Clinic, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Tim Walz, et al., <br><br> Defendants. | Case No. 0:20-cv-01037-PJS-DTS |

**CERTIFICATE OF COMPLIANCE - L.R. 7.1(a)**

The undersigned attorneys hereby certifies that in accordance with Local Rule 7.1(a), counsel for Defendant Planned Parenthood Minnesota, North Dakota, South Dakota ("PPMNS") has contacted counsel for Plaintiffs by email on more than one occasion concerning Defendant PPMNS's intention to move to dismiss, but have received no response.

Dated: June 3, 2020

                                                  Respectfully submitted,

                                                  */s/ Christine Clarke*
                                                  Christine Clarke*
                                                  Jennifer Sandman*
                                                  Hana Bajramovic*
                                                  Planned Parenthood Federation of America
                                                  123 William St., 9th Floor
                                                  New York, NY 10038
                                                  (212) 261-4749

(212) 261-4584
(212) 261-4593
christine.clarke@ppfa.org
jennifer.sandman@ppfa.org
hana.bajramovic@ppfa.org

Teresa J. Nelson (No. 269736)
ACLU of Minnesota
P.O. Box 14720
Minneapolis, MN 55414
(651) 529-1692
tnelson@aclu-mn.org

*Attorneys for Defendant Planned Parenthood Minnesota, North Dakota, South Dakota*

*\*Admitted Pro Hac Vice*