IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| **AALFA Family Clinic**, et al.<br><br>       Plaintiffs,<br><br>v.<br><br>**Tim Walz**, et al.,<br><br>       Defendants. | Case No. 0:20-cv-01037-PJS-DTS |

## PLAINTIFFS' NOTICE OF DISMISSAL

The plaintiffs dismiss their action, without prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party will bear its own attorneys' fees, costs, and expenses.

                      Respectfully submitted.

                      /s/ Jonathan F. Mitchell

| | |
|---|---|
| THOMAS BREJCHA* | JONATHAN F. MITCHELL* |
| Illinois Bar No. 0288446 | Mitchell Law PLLC |
| MARTIN WHITTAKER* | 111 Congress Avenue, Suite 400 |
| Illinois Bar No. 6208211 | Austin, Texas 78701 |
| Thomas More Society | (512) 686-3940 (phone) |
| 309 West Washington Street, Suite 1250 | (512) 686-3941 (fax) |
| Chicago, Illinois 60606 | jonathan@mitchell.law |
| (312) 782-1680 (phone) | |
| (312) 782-1887 (fax) | ERICK G. KAARDAL |
| info@thomasmoresociety.org | Minnesota Bar No. 0229647 |
| | Mohrman, Kaardal & Erickson, P.A. |
| * admitted pro hac vice | 150 South Fifth Street, Suite 3100 |
| | Minneapolis, Minnesota 55402 |
| | (612) 341-1074 (phone) |
| | (612) 341-1076 (fax) |
| | kaardal@mklaw.com |
| | |
| | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I certify that on June 16, 2020, I served this document through CM/ECF upon:

Jessica Braverman
GENDER JUSTICE
200 University Ave. West, Ste. 200
St. Paul, MN 55103
651-789-2090
jess.braverman@genderjustice.us

Rupali Sharma
LAWYERING PROJECT
110 Winter St., No. 4
Portland, ME 04102
908-930-6645
rsharma@lawyeringproject.org

Melissa Shube*
LAWYERING PROJECT
110 15th St. NW, Fl. 4
Washington, DC 20005
646-480-8942
mshube@lawyeringproject.org

Dipti Singh
LAWYERING PROJECT
3371 Glendale Blvd., No. 320
Los Angeles, CA 90039
646-480-8973
dsingh@lawyeringproject.org

Stephanie Toti
LAWYERING PROJECT
25 Broadway, Fl. 9
New York, NY 10004
646-490-1083
stoti@lawyeringproject.org

*Attorneys for Defendants Whole Woman's Health of the Twin Cities, LLC; WE Health Clinic P.A.; and Robbinsdale Clinic*

LIZ KRAMER
Solicitor General
445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 757-1010 (phone)
liz.kramer@ag.state.mn.us

*Counsel for the State Defendants*

CHRISTINE CLARKE
Planned Parenthood
Federation of America
123 Williams Street
New York, New York 10013
(212) 261-4749 (phone/fax)
christine.clarke@ppfa.org

*Counsel for Defendant
Planned Parenthood North
Central States*

 /s/ Jonathan F. Mitchell 
JONATHAN F. MITCHELL
*Counsel for Plaintiffs*